Court of Criminal Appeals
of Texas P.O. Box 12308
Capitol Station; Austin, Texas 78711

Dear Court,

I've went to the Texas State Law Library for copies of records. And, they've referred me to you.

Can I have 2 copies per page?

Sincerely,
White, L, Patrick A.

c.c. filed 7/1/15

P.S, Can I have 'all' pages?

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 22 2015

Abel Acosta, Clerk